## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 572 MAL 2018

         Respondent    :

                 :    Petition for Allowance of Appeal from

                 :    the Order of the Superior Court

         v.    :

                 :

AMAVILES MARTINEZ, JR.,    :

         Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.